■ DEBORAH S. DERMAN, as Coexecutrix of BERNARD DERMAN and Another, Deceased, et al., Respondents, v WILAIR SERVICES, INC., Appellant, et al., Defendants. [642 NYS2d 837] —Order unanimously affirmed with costs for reasons stated in decision at Supreme Court, Galloway, J. (Appeal from Order of Supreme Court, Monroe County, Galloway, J.—Discovery.) Present—Green, J. P., Pine, Lawton, Balio and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DONALD WILLIAMS, Appellant, v SALLY B. JOHNSON, as Superintendent of Orleans Correctional Facility, Respondent. [642 NYS2d 837] —Judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Punch, J. (Appeal from Judgment of Supreme Court, Orleans County, Punch, J.—Habeas Corpus.) Present—Pine, J. P., Fallon, Callahan, Doerr and Davis, JJ.

■ RENALD MOREAU et al., Appellants, v SWIMMING POOLS BY AQUA-WORLD, INC., Respondent. (Appeal No. 1.) [642 NYS2d 845] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988; *see also,* CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Dismiss Complaint.) Present—Pine, J. P., Fallon, Callahan, Doerr and Davis, JJ.

■ THE PEOPLE, Respondent, v COLON TOLEDO, Appellant. [642 NYS2d 842] —Motion for permission to proceed as a poor person denied with leave to renew. Memorandum: Defendant has failed to comply with that part of the order of this Court, entered February 2, 1996, directing him to submit an affidavit addressing the allegations set forth in the People's opposing affidavit to the original motion seeking poor person relief. Until defendant complies with that order, we cannot decide the motion. Present—Pine, J. P., Lawton, Balio, Davis and Boehm, JJ.

■ In the Matter of RICHARD A. GWYNN, JR., a Suspended Attorney, Resignor. [642 NYS2d 838] —Resignation accepted, name stricken from roll of attorneys and restitution ordered. Present—Denman, P. J., Green, Pine, Fallon and Wesley, JJ.